428 A.2d 249

Commonwealth v. Piankhy a/k/a Aikens, Appellant.

*Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Argued December 3, 1979. Charles B. Coleman, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., filed a memorandum dissenting statement.